ASHWIN LADVA, ESQ., SBN 206140
JILLIAN N. GREEN, ESQ., SBN 302575
**LADVA LAW FIRM**
530 Jackson Street, 2nd Floor
San Francisco, California 94133
ladvalaw@gmail.com
Telephone (415) 296-8844
Facsimile (415) 296-8847
**Attorneys for Plaintiff,
BEVERLY WYCHE**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BEVERLY WYCHE,** | Case No. 17-CV-01058-HSG |
| Plaintiff, | **STIPULATION AND ORDER TO ALLOW PLAINTIF TO FILE A FIRST AMENDED COMPLAINT** |
| vs. | |
| **THE HOME DEPOT, and DOES 1 through 25, inclusive,** | |
| Defendant. | |

1. The parties, Plaintiff, BEVERLY WYCHE and her attorney of record, Jillian N. Green and Defendant, THE HOME DEPOT and its attorney of record Zachary W. Shine hereby stipulate that the following agreement shall become an Order of this Court:

2. Plaintiff may file the First Amended Complaint attached hereto as **Exhibit A**.

///

///

///

3. This Stipulation and Order may be executed in counterparts. Electronic signatures and facsimile copies of signatures may serve as original signature.

DATED: August __, 2017  **LADVA LAW FIRM**

/s/ *Jillian N. Green*
**JILLIAN N. GREEN**
Attorney for Plaintiff
**BEVERLY WYCHE**

DATED: August __, 2017  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *Zachary W. Shine*
**ZACHARY W. SHINE**
Attorney for Defendant
**THE HOME DEPOT**

IT IS SO ORDERED:

Dated: August 17, 2017

JUDGE HAYWOOD S. GILLIAM, JR.