GREGORY C. CHENG, CA Bar No. 226865
gregory.cheng@ogletree.com
ZACHARY W. SHINE, CA Bar No. 271522
zachary.shine@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY WYCHE, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>THE HOME DEPOT, and DOES 1 through 25, inclusive,<br><br>        Defendant. | Case No. 4:17-cv-01058-HSG<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND TIME TO FILE AN ANSWER TO FIRST AMENDED COMPLAINT**<br><br>1st Amended Complaint Filed: August 22, 2017<br>Current Response Date: September 5, 2017<br>New Response Date: September 22, 2017<br><br>Courtroom: Courtroom 2, 4th Floor<br>Judge: Hon. Haywood Gilliam Jr.<br><br>Action Filed: January 30, 2017<br>Trial Date: June 18, 2018 |

| | |
|---|---|
| 1 | Plaintiff Beverly Wyche ("Wyche" or "Plaintiff") and Defendant Home Depot U.S.A., Inc. |
| 2 | ("Home Depot" or "Defendant") (collectively the "Parties"), through their respective counsel, |
| 3 | jointly stipulate to extend the time for Defendant to file its answer to the first amended complaint |
| 4 | from September 5, 2017 to September 22, 2017. |

Plaintiff Beverly Wyche ("Wyche" or "Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Home Depot" or "Defendant") (collectively the "Parties"), through their respective counsel, jointly stipulate to extend the time for Defendant to file its answer to the first amended complaint from September 5, 2017 to September 22, 2017.

Pursuant to Civil Local Rule 6-1(a), this extension will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

DATED: September 5, 2017   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Zachary W. Shine*
    GREGORY C. CHENG
    ZACHARY W. SHINE

Attorneys for Defendant
HOME DEPOT U.S.A., INC

DATED: September 5, 2017   LADVA LAW FIRM

By: /s/ *Jillian N. Green*
    ASHWIN LADVA
    JILLIAN GREEN

Attorneys for Plaintiff
BEVERLY WYCHE

SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: September 5, 2017   By:   /s/ *Zachary W. Shine*
    Zachary W. Shine

IT IS SO ORDERED:

Dated: September 6, 2017

_____
JUDGE HAYWOOD S. GILLIAM, JR.

31116572.1