GREGORY C. CHENG, CA Bar No. 226865
gregory.cheng@ogletree.com
ZACHARY W. SHINE, CA Bar No. 271522
zachary.shine@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

ASHWIN LADVA, CA Bar No. 206140
LADVA LAW FIRM
530 Jackson Street, 2nd Floor
San Francisco, California 94133
Telephone:     415.296.8844
Facsimile:     415.296.8847

Attorneys for Plaintiff
BEVERLY WYCHE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY WYCHE, an individual, | Case No. 4:17-cv-01058-HSG |
| Plaintiff, | **STIPULATION AND ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| THE HOME DEPOT, and DOES 1 through 25, inclusive, | Action Filed:     January 30, 2017 |
| Defendant. | |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Beverly Wyche

2    ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Home Depot") (collectively "the Parties"),

3    by and through their respective counsel of record, stipulate and request that the entire above-

4    captioned action be dismissed with prejudice, with each side to bear its own costs and fees.  The

5    Parties further stipulate and request that Judge Haywood S. Gilliam, Jr. of the United States District

6    Court for the Northern District of California or his successor retain jurisdiction to enforce the

7    provisions of the Settlement Agreement and General Release ("Agreement") and over any matters

8    or actions brought to enforce the Agreement.

9

10

11   DATED:  September 27, 2017              OGLETREE, DEAKINS, NASH, SMOAK &
                                            STEWART, P.C.
12

13

14                                          By:  */s/ Zachary W. Shine*
                                                 GREGORY C. CHENG
15                                               ZACHARY W. SHINE

16                                          Attorneys for Defendant
                                            HOME DEPOT U.S.A., INC
17

18
     DATED:  September 27, 2107             LADVA LAW FIRM
19

20

21                                          By:  */s/ Ashwin Ladva*
                                                 ASHWIN LADVA
22

23                                          Attorneys for Plaintiff
                                            BEVERLY WYCHE
24

25

26

27

28

                                          1                     Case No. 4:17-cv-01058-HSG
     STIPULATION AND ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

## **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

document has been obtained from the other signatories.

DATED:  September 27, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:   _/s/ Zachary W. Shine_
        GREGORY C. CHENG
        ZACHARY W. SHINE

Attorneys for Defendant
HOME DEPOT U.S.A., INC

STIPULATION AND ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

# ORDER OF THE COURT

Pursuant to the Stipulation And [Proposed Order] by and between Plaintiff Beverly Wyche and Defendant Home Depot U.S.A., Inc., and good cause appearing to the Court:

IT IS HEREBY ORDERED that the matter is dismissed with prejudice in its entirety, in accordance with the terms of the Stipulation. Each party shall bear its own fees and costs. This Court shall retain jurisdiction to enforce the provisions of the Settlement Agreement and General Release ("Agreement") and over any matters or actions brought to enforce the Agreement. *Beverly Wyche v. Home Depot USA, Inc.*, Case No. 4:17-cv-01058-HSG, is hereby dismissed.

**IT SO ORDERED.**

DATED: <u>September 27, 2017</u>

HONORABLE HAYWOOD S. GILLIAM JR.
United States District Court Judge

31259085.1

3                    Case No. 4:17-cv-01058-HSG